No. 82–6162. GUILBERT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–18. BALKCOM, WARDEN *v.* MASON. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–584. JONES, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY *v.* RAMIREZ. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–116. GREATER WASHINGTON CENTRAL LABOR COUNCIL *v.* DISTRICT OF COLUMBIA ET AL.; and
No. 82–146. FOOD & ALLIED SERVICES TRADE COUNCIL OF METROPOLITAN WASHINGTON *v.* DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Motion of Greater Washington Board of Trade for leave to intervene as a party respondent denied. Alternative request to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–493. BICHAN *v.* CHEMETRON CORP. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari, vacate the judgment, and remand the case for further consideration in light of *Associated General Contractors of California, Inc. v. Carpenters,* 459 U. S. 519 (1983).

No. 82–877. BONANNO *v.* UNITED STATES. C. A. 9th Cir. Motion of Jack DiFilippi for leave to join in petition for writ of certiorari denied. Certiorari denied.

No. 82–959. FLORIDA *v.* KILPATRICK ET AL. Dist. Ct. App. Fla., 1st Dist. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.